**[J-69-2015] [MO: Dougherty, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 702 CAP |
| | : | |
| Appellee | : | Appeal from the Judgment of Sentence |
| | : | entered on August 31, 2014 in the Court |
| | : | of Common Pleas, Westmoreland |
| v. | : | County, Criminal Division at No. CP-65- |
| | : | CR-0000851-2010.  Post Sentence |
| | : | Motions Denied July 16, 2014. |
| MELVIN KNIGHT, | : | |
| | : | SUBMITTED:  October 7, 2015 |
| Appellant | : | |

## CONCURRING OPINION

**JUSTICE TODD**                                   **DECIDED:  November 22, 2016**

I join the Majority Opinion, except for Part V.  For the reasons expressed by Justice Baer in his Concurring Opinion, see Concurring Opinion (Baer, J.) at 3, I do not join what are, in Part V, essentially advisory statements by the majority.